RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2018 APR 19   A 11: 45

**SEALED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR VIOLATIONS OF THE
### FEDERAL CONTROLLED SUBSTANCES ACT



FELONY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 18-081 |
| **v.** | * | **SECTION:** SECT.FMAG.1 |
| **JORGE ORNELAS** | * | **VIOLATIONS:** 21 U.S.C. § 841(a)(1) |
| ▆▆▆▆▆▆▆▆ | | 21 U.S.C. § 841(b)(1)(A) |
| | * | 21 U.S.C. § 841(b)(1)(C) |
| | | 21 U.S.C. § 841(b)(1)(B) |
| | * | 21 U.S.C. § 846 |

\*     \*     \*

**4:18mj0688**

United States Courts
Southern District of Texas
FILED
April 27, 2018
David J. Bradley, Clerk of Court

The Grand Jury charges that:

## COUNT 1
### *(Conspiracy to Distribute Cocaine Hydrochloride and Cocaine Base)*

Beginning at a time unknown but not later than May 12, 2014, and continuing through the present, in the Eastern District of Louisiana and elsewhere, the defendants, **JORGE ORNELAS**, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride and a

quantity of a mixture or substance containing a detectable amount of cocaine base ("crack"), Schedule II drug controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## QUANTITY OF COCAINE INVOLVED IN THE CONSPIRACY

With respect to **JORGE ORNELAS** and ███████████ their conduct as members of the narcotics conspiracy charged in Count 1, which includes the conduct of their co-conspirators in furtherance of the narcotics conspiracy charged in Count 1 that was reasonably foreseeable to them, involved five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine hydrochloride and a quantity of a mixture or substance containing a detectable amount of cocaine base ("crack"), Schedule II drug controlled substances, in violation of Title 21, United States Code, Sections 841(b)(1)(A) and 841(b)(1)(C).

With respect to ███████████████████████ their conduct as members of the narcotics conspiracy charged in Count 1, which includes the conduct of their co-conspirators in furtherance of the narcotics conspiracy charged in Count 1 that was reasonably foreseeable to them, involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride and twenty-eight (28) grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), Schedule II drug controlled substances, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.







## NOTICE OF DRUG FORFEITURE

1.      The allegations of Counts 1-11 of this Indictment are realleged and incorporated by

reference as though set forth fully herein for the purpose of alleging forfeiture to the United States

of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of the offenses alleged in Counts 1-11 of this Indictment, the defendants,

**JORGE  ORNELAS,** shall forfeit to the United States pursuant to Title 21, United States Code, Section

853, any and all property constituting or derived from any proceeds the defendants obtained

directly or indirectly as a result of the said violations and any and all property used or intended to

be used in any manner or part to commit and to facilitate the commission of the violation alleged in Counts 1-11 of this Indictment.

3.  If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

> a.  cannot be located upon the exercise of due diligence;
>
> b.  has been transferred or sold to, or deposited with, a third person;
>
> c.  has been placed beyond the jurisdiction of the Court;
>
> d.  has been substantially diminished in value; or
>
> e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL:**

███████████████████████

**F/O R E P E R S O N**

DUANE A. EVANS
UNITED STATES ATTORNEY

BRANDON S. LONG
Assistant United States Attorney
D.C. Bar No. 500721

New Orleans, Louisiana
April 19, 2018



CLERK'S OFFICE
A TRUE COPY

APR 19 2018

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

6

Click here to enter text.AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

**SEALED**

**RETURN**

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 18-CR-81 F(1) |
| | ) | | |
| | ) | | |
| | ) | | |
| JORGE ORNELAS | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Jorge Ornelas

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Violations of the Federal Controlled Substances Act

Date:  Apr 19 2018

William W. Blevins
Clerk of Court

*Deputy Clerk's signature*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____  *Arresting officer's signature* |
| *Printed name and title* |